# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EVAN RATCLIFF,

    Petitioner,

vs.

E. K. McDANIEL, *et al.*,

    Respondents.

3: 08-cv-0449-ECR-RAM

**ORDER**

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is represented by counsel. On May 11, 2010, petitioner filed a motion for voluntary dismissal of this action. (Docket #34.) Petitioner's motion is accompanied by a formal declaration of dismissal with prejudice by petitioner, acknowledging that this dismissal will preclude him from returning to federal court to present any further claims in this case.

**IT IS THEREFORE ORDERED** that petitioner's motion for voluntary dismissal of this action is **GRANTED**. (Docket #34.) The Clerk of the Court is directed to enter judgment for respondents and to close this case.

DATED this 14th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE